# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-2163

———————————————

United States of America

*Plaintiff - Appellee*

v.

Morgan Littleton

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: December 18, 2015
Filed: December 21, 2015
[Unpublished]

——————————

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

——————————

PER CURIAM.

Morgan Lee Littleton directly appeals the sentence imposed by the district court[1] after he pled guilty to producing child pornography. His counsel has moved

———————————————

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence was unreasonable. Having jurisdiction under 28 U.S.C. § 1291, this court dismisses the appeal.

Littleton's appeal waiver should be enforced and prevents consideration of his claim. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-90 (8th Cir. 2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result). An independent review of the record under *Penson v. Ohio*, 488 U.S. 75 (1988), reveals no nonfrivolous issues for appeal.

The appeal is dismissed and counsel's motion to withdraw is granted.

_____